# United States Court of Appeals
# For the Eighth Circuit

**No. 21-2941**

---

Jay Nygard and Kendall Nygard,

Plaintiffs – Appellants,

v.

City of Orono, a Minnesota municipality,

Defendant – Appellee.

---

# Appellants' Motion for an Extension of Time to File Principal Brief

---

Plaintiffs-Appellants Jay Nygard and Kendall Nygard, through their counsel, Erick G. Kaardal of Mohrman, Kaardal & Erickson, P.A., request an extension of time to file their principal brief to November 4, 2021. Their motion is made in accordance with Rules 26(b) and 27 of the Federal Rules of Appellate Procedure and Circuit Court Rule 27A(a)(2).

The original due date for the Appellants principal brief is October 18, 2021. The matter has not been scheduled for oral argument.

I have experienced an unexpected family health-related event this last week and unexpected out-of-state legal work that required my actual physical presence to address legal issues for three days for each of the past two weeks and today, including

oral argument in U.S. District Court on a motion to dismiss. Meanwhile, I was also engaged in an emergency reply memorandum in federal court regarding a temporary restraining order this week. Further, this instant requested scheduling change, coincides with a granted extension in the matter of *Thomas Styczinski v. Grace Arnold,* 21-2936, due before this Court on October 22, 2021. Work on the Styczinski matter is overlapping with the Nygard principal brief drafting. Both require my attention, however, I have lost valuable time from the office and scheduling conflicts to devote to the Nygard principal brief as I focus on the Styczinski brief.

I have another colleague in my office working on the Nygard principal brief, however, he is not responsible for the final drafting of the brief. At this time, the brief cannot be ready for the October 18, 2021, initial deadline to meet this Court's and my personal standards regarding the issues to be presented.

Therefore, I respectfully request the extension from October 18, 2021 to November 4, 2021 be granted.

Dated: October 14, 2021

/s/Erick G. Kaardal

Erick G. Kaardal, 229647
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Facsimile: 612-341-1076
Email: kaardal@mklaw.com
*Attorneys for Appellants*

**United States Court of Appeals**
**For the Eighth Circuit**

**No. 21-2941**

---

Jay Nygard and Kendall Nygard,

Plaintiffs – Appellants,

v.

City of Orono, a Minnesota municipality,

Defendant – Appellee.

---

# Certificate of Compliance

---

1. I certify that I am a current member of this Bar in good standing.
2. This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

   ☑ This document contains 289 words.

3. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

   ☑ This document has been prepared in a proportionally spaced typeface using Microsoft Word 2003 in 14 point Garamond font.

Dated: October 14, 2021

/s/Erick G. Kaardal
Erick G. Kaardal